## SOUTHERN RAILWAY CO. v. VESSEL.

(Decided October 2, 1916. 73 South. 1002.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. C. B. SMITH.
STOKELY, SCRIVNER & DOMINICK, for appellant. W. A. DENSON and HUNT & HUNT, for appellee.
Per Curiam.—Appeal dismissed by agreement.

---

## STEWART v. MARKS.

(Decided January 11, 1917. 73 South. 1002.)

APPEAL from Montgomery Circuit Court.
Heard before Hon. W. W. PEARSON.
BALL & SAMFORD, for appellant. HILL, HILL, WHITING & STERN, for appellee.
Per Curiam.—Appeal dismissed by appellant.

---

## THOMPSON v. TYSON.

(Decided December 19, 1916. 73 South. 1002.)

APPEAL from Montgomery Circuit Court.
Heard before Hon. W. W. PEARSON.
No counsel marked for appellant. STEINER, CRUM & WEIL, for appellee.
Per Curiam.—Appeal dismissed.

---

## TREADWELL v. NAPIER.

(Decided January 9, 1917. 73 South. 1002.)

APPEAL from Clay Circuit Court.
Heard before Hon. HUGH D. MERRILL.
No counsel marked for appellant. McKAY & CRUMPTON, for appellee.
Per Curiam.—Appeal dismissed.